1  RAYMOND J. LEE, ESQ., State Bar #219811
   ZWICKER & ASSOCIATES, P.C.
2  California Office
3  199 S. Los Robles Ave., Suite 410
   Pasadena, CA 91101
4  Telephone:  (626) 793-9703
   Facsimile:   (626) 793-9458
5  rlee@zwickerpc.com
   Attorneys for Defendant
6  ZWICKER & ASSOCIATES, P.C.

7
                   UNITED STATES DISTRICT COURT
8                SOUTHERN DISTRICT OF CALIFORNIA

9
   NICHOLAS A HOROWITZ,                Case No.  **'11CV1158 WQHRBB**
10
11                Plaintiff

          v.
12                                     NOTICE OF REMOVAL OF
   ZWICKER AND ASSOCIATES, P.C.,       CIVIL ACTION
13 AND JP MORGAN CHASE BANK

14
                  Defendants
15

16

                NOTICE OF REMOVAL OF CIVIL ACTION
17
18     1.     Zwicker & Associates, P.C., a Massachusetts law firm and professional

19 corporation, is a defendant in a civil action originally filed on March 8, 2011 in the Superior

20 Court of California, County of San Diego, Case No. 37-2011-00011707-SC-SC-NC, entitled

21 *Nicholas A Horowitz v. Zwicker and Associates, P.C. and JP Morgan Chase Bank.*

22                      TIMELINESS OF REMOVAL
23
24     2.     This removal is timely under 28 U.S.C. §1446(b).  Zwicker & Associates, P.C.

25 was served with the Complaint filed by Plaintiff Nicholas A Horowitz on May 3, 2011 via

26 certified mail.

27

28                                      1

3.      Pursuant to 28 U.S.C. §1446, attached hereto as Exhibit 1 are copies of what Zwicker believes to be all process, pleadings and orders on file in the state court.

4.      Attached hereto as Exhibit 2 is the Consent to Remove executed by co-defendant Chase Bank, U.S.A., N.A., erroneously named in the Plaintiff's Complaint as JP Morgan Chase Bank.

## BASIS FOR JURISDICTION

5.      This court has original jurisdiction over this action pursuant to 28 U.S.C. §1331, in that Plaintiff has filed claims against the defendant alleging violations of 15 U.S.C. §1692 et seq.

WHEREFORE, Zwicker & Associates, P.C. files this notice to remove the action, now pending in the Superior Court of California, County of San Diego, Case No. 37-2011-00011707-SC-SC-NC, entitled *Nicholas A Horowitz v. Zwicker and Associates, P.C. and JP Morgan Chase Bank*, to this Court.

Dated: May 26, 2011

By: /s/ Raymond J. Lee
Raymond J. Lee, Esq.
rlee@zwickerpc.com
ZWICKER & ASSOCIATES, P.C.
Attorneys for Zwicker & Associates, P.C

2

%JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Nicholas A. Horowitz | Zwicker & Associates, P.C.; Chase Bank, U.S.A., N.A., erroneously sued as JP Morgan Chase Bank |

| (b) County of Residence of First Listed Plaintiff   San Diego County | County of Residence of First Listed Defendant:   Massachusetts, U.S.A. |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

**'11 CV1158 WQH RBB**

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| In Pro Per | Raymond J. Lee, Esq.- Zwicker & Associates, P.C. |

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** / **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation / ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure / ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment / ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land / ☐ 444 Welfare / ☐ 530 General | | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability / ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property / ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 550 Civil Rights | | ☐ 463 Habeas Corpus - Alien Detainee | | |
| ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1692, et seq.

Brief description of cause:
Alleged violation of the Fair Debt Collections Practices Act.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $  2,500.00

CHECK YES only if demanded in complaint
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions).   JUDGE _____   DOCKET NUMBER _____

DATE  05/26/2011

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____